No. 05–8201.  JONES v. UNITED STATES; and
No. 05–8308.  LOFTON v. UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 05–8209.  LOPEZ v. YOUNG, WARDEN, ET AL.  C. A. 4th
Cir.  Certiorari denied.

No. 05–8211.  ANTONIO A. v. CONNECTICUT.  App. Ct. Conn.
Certiorari denied.

No. 05–8228.  DETERMANN v. HILL, SUPERINTENDENT, SNAKE
RIVER CORRECTIONAL INSTITUTION.  C. A. 9th Cir.  Certiorari
denied.

No. 05–8248.  JIMENEZ v. UNITED STATES.  C. A. 1st Cir.
Certiorari denied.

No. 05–8252.  KINGSOLVER v. COLORADO.  Ct. App. Colo.  Cer-
tiorari denied.

No. 05–8254.  LOWE v. SHAH ET AL.  C. A. 4th Cir.  Certiorari
denied.

No. 05–8256.  JONES v. UNITED STATES.  C. A. 5th Cir.  Cer-
tiorari denied.

No. 05–8257.  LUNDQUIST v. UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 05–8259.  BROWN v. UNITED STATES.  C. A. 1st Cir.  Cer-
tiorari denied.

No. 05–8260.  BENAVIDES-HERNANDEZ v. UNITED STATES.
C. A. 5th Cir.  Certiorari denied.

No. 05–8263.  BARTRAM v. UNITED STATES.  C. A. 4th Cir.
Certiorari denied.

No. 05–8264.  BROWN v. ARTUS, SUPERINTENDENT, CLINTON
CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 05–8265.  BELL v. UNITED STATES.  C. A. 4th Cir.  Cer-
tiorari denied.